IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JERRY U. KENDALL                                                    PLAINTIFF

V.                                            CIVIL ACTION NO. 1:99-CV140-D-D

JITNEY JUNGLE STORES OF AMERICA, INC.
AND NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA                                          DEFENDANTS

**AGREED ORDER GRANTING DEFENDANT NATIONAL
UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
ADDITIONAL TIME TO FILE ITS REBUTTAL TO
PLAINTIFF'S RESPONSE TO ITS MOTION TO DISMISS**

THIS CAUSE came on to be heard on the Motion *ore tenus* of Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by and through its attorney of record, for additional time in which to respond to the Plaintiff's Response to its Motion to Dismiss pursuant to F.R.C.P. 12(b)(6), and the Court being advised that counsel for the Plaintiff has no objection thereto and being otherwise advised in the premises, is of the opinion that said motion is well taken and should be granted. It is accordingly, ORDERED AND ADJUDGED that National Union has until April 25, 2005 to file its rebuttal to the Plaintiff's Response to its Motion to Dismiss pursuant to F.R.C.P. 12(b)(6).

SO ORDERED AND ADJUDGED, this the 19th day of April, 2005.

_____
DISTRICT JUDGE

AGREED TO BY:

DEWITT T. HICKS, JR.
------------------------
DEWITT T. HICKS, JR.
Gholson, Hicks & Nichols
P.O. Box 1111
710 Main St., Third Floor
Columbus, MS 39703-1111
Attorney for the Plaintiff

_____
THOMAS H. ELLER, III (MSB NO. 100373)
Currie Johnson Griffin Gaines & Myers, P.A.
P. O. Box 750
Jackson, MS 39205-0750
Attorney for Defendant National Union
Fire Insurance Company of Pittsburgh, PA